# Exhibit A

John Doe Defendants Summary

| Doe | Host IP Address | Hit Date (UTC) | P2P Client | File Hash | ISP | State |
|---|---|---|---|---|---|---|
| 1 | 99.23.238.95 | 11/20/2011 02:04:46 pm | Vuze 4.7.0.0 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | SBC Internet Services | Texas |
| 2 | 99.146.245.123 | 11/21/2011 10:16:59 pm | Vuze 4.7.0.0 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | SBC Internet Services | Texas |
| 3 | 98.197.66.9 | 11/24/2011 06:48:43 am | µTorrent 1.8.4 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Comcast Cable | Texas |
| 4 | 108.102.96.246 | 11/28/2011 05:19:36 am | Vuze 4.5.0.4 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Sprint PCS | Texas |
| 5 | 50.15.192.43 | 12/09/2011 01:52:59 am | Vuze 4.7.0.0 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Clearwire Corporation | Texas |
| 6 | 173.7.208.54 | 12/09/2011 11:53:52 pm | Vuze 4.5.0.4 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Sprint PCS | Texas |
| 7 | 107.33.156.200 | 12/16/2011 03:37:16 am | Vuze 4.5.0.4 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Sprint PCS | Texas |
| 8 | 173.147.215.39 | 12/19/2011 06:17:52 am | Vuze 4.5.0.4 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Sprint PCS | Texas |
| 9 | 99.102.81.133 | 12/19/2011 08:56:30 pm | Vuze 4.5.0.4 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | SBC Internet Services | Texas |
| 10 | 173.106.27.180 | 12/21/2011 12:07:55 am | Vuze 4.5.0.4 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Sprint PCS | Texas |
| 11 | 108.71.189.2 | 12/21/2011 09:09:05 pm | BitComet 1.30 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | SBC Internet Services | Texas |
| 12 | 99.59.213.165 | 12/30/2011 12:37:45 am | µTorrent 3.0.0 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | SBC Internet Services | Texas |
| 13 | 173.115.156.165 | 01/03/2012 01:48:36 am | Vuze 4.5.0.4 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Sprint PCS | Texas |
| 14 | 173.115.212.158 | 01/09/2012 05:24:54 am | Vuze 4.5.0.4 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Sprint PCS | Texas |
| 15 | 50.15.254.175 | 01/10/2012 02:32:18 am | µTorrent 2.2.1 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Clearwire Corporation | Texas |
| 16 | 108.220.200.115 | 01/11/2012 01:38:36 am | Vuze 4.7.0.2 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | SBC Internet Services | Texas |
| 17 | 108.220.200.139 | 01/11/2012 01:56:53 am | Vuze 4.7.0.2 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | SBC Internet Services | Texas |
| 18 | 98.194.209.67 | 01/12/2012 01:30:19 am | Deluge 1.2.0.0 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Comcast Cable | Texas |
| 19 | 107.28.5.191 | 01/14/2012 06:37:21 am | Vuze 4.5.0.4 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Sprint PCS | Texas |
| 20 | 98.199.236.71 | 01/15/2012 12:08:15 am | Vuze 4.5.0.4 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Comcast Cable | Texas |
| 21 | 173.7.57.84 | 01/17/2012 03:17:50 am | Vuze 4.5.0.4 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Sprint PCS | Texas |
| 22 | 50.15.243.174 | 01/17/2012 03:25:23 pm | BitTorrent 7.2.1 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Clearwire Corporation | Texas |
| 23 | 98.197.100.255 | 01/23/2012 05:23:25 pm | BitTorrent 7.2.1 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Comcast Cable | Texas |
| 24 | 50.15.136.104 | 01/27/2012 02:31:25 am | µTorrent 3.0.0 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Clearwire Corporation | Texas |
| 25 | 99.18.169.70 | 01/27/2012 04:02:48 pm | BitComet 1.25 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | SBC Internet Services | Texas |
| 26 | 98.199.38.85 | 01/28/2012 07:38:16 pm | BitTorrent 7.6.0 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Comcast Cable | Texas |
| 27 | 99.111.108.228 | 01/31/2012 02:43:22 pm | µTorrent 2.0.4 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | SBC Internet Services | Texas |
| 28 | 99.23.104.211 | 02/03/2012 06:35:50 am | µTorrent 3.0.0 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | SBC Internet Services | Texas |
| 29 | 108.204.100.149 | 02/03/2012 11:32:04 am | Vuze 4.5.0.4 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | SBC Internet Services | Texas |
| 30 | 98.194.222.117 | 02/06/2012 01:44:22 pm | Vuze 4.7.0.2 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Comcast Cable | Texas |
| 31 | 107.28.197.210 | 02/08/2012 01:43:15 am | Vuze 4.5.0.4 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Sprint PCS | Texas |
| 32 | 173.115.101.249 | 02/13/2012 05:40:21 am | Vuze 4.5.0.4 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Sprint PCS | Texas |
| 33 | 107.28.190.15 | 02/15/2012 04:57:36 am | Vuze 4.5.0.4 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Sprint PCS | Texas |
| 34 | 98.196.136.78 | 02/15/2012 03:41:32 pm | Vuze 4.7.0.2 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Comcast Cable | Texas |
| 35 | 107.33.43.92 | 02/24/2012 01:08:18 am | Vuze 4.5.0.4 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Sprint PCS | Texas |
| 36 | 98.197.194.130 | 02/28/2012 08:13:41 pm | BitTorrent 7.2.1 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Comcast Cable | Texas |
| 37 | 50.15.185.242 | 02/29/2012 04:09:45 pm | BitTorrent 7.6.0 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Clearwire Corporation | Texas |
| 38 | 99.166.189.117 | 03/07/2012 05:33:29 pm | BitTorrent 7.6.0 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | SBC Internet Services | Texas |
| 39 | 173.45.203.13 | 03/09/2012 12:26:02 am | Transmission 2.33 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | TVMAX | Texas |
| 40 | 206.174.253.56 | 03/11/2012 03:39:42 pm | -UM15140 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | DirecPath, LLC | Texas |
| 41 | 207.71.4.236 | 03/20/2012 07:06:30 am | BitTorrent 7.6.0 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | tw telecom holdings | Texas |

# Exhibit A
## John Doe Defendants Summary

| Doe | Host IP Address | Hit Date (UTC) | P2P Client | File Hash | ISP | State |
|---|---|---|---|---|---|---|
| 42 | 99.113.2.80 | 03/20/2012 07:07:43 am | Vuze 4.7.0.2 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | SBC Internet Services | Texas |
| 43 | 76.31.120.132 | 04/01/2012 03:17:23 pm | μTorrent 3.1.3 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Comcast Cable | Texas |
| 44 | 76.30.232.39 | 04/06/2012 02:09:10 am | μTorrent 2.2.1 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Comcast Cable | Texas |
| 45 | 98.199.98.188 | 04/12/2012 12:49:35 am | μTorrent 3.1.2 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Comcast Cable | Texas |
| 46 | 108.193.110.144 | 04/13/2012 11:07:44 am | Vuze 4.7.0.2 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | SBC Internet Services | Texas |
| 47 | 108.87.84.189 | 04/13/2012 08:26:12 pm | Vuze 4.7.0.2 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | SBC Internet Services | Texas |
| 48 | 70.139.229.68 | 04/14/2012 03:30:48 am | BitTorrent 7.2.1 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | SBC Internet Services | Texas |
| 49 | 50.15.111.204 | 04/16/2012 03:18:38 am | BitTorrent 7.6.0 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Clearwire Corporation | Texas |
| 50 | 76.31.39.114 | 04/16/2012 10:36:51 pm | BitTorrent 7.2.1 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Comcast Cable | Texas |
| 51 | 98.194.213.88 | 04/18/2012 03:05:04 pm | Vuze 4.7.0.2 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Comcast Cable | Texas |
| 52 | 70.140.33.237 | 04/21/2012 06:04:18 pm | BitComet 1.31 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | SBC Internet Services | Texas |
| 53 | 98.194.194.231 | 04/25/2012 02:38:28 am | μTorrent 3.1.2 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Comcast Cable | Texas |
| 54 | 70.138.199.144 | 05/05/2012 01:21:52 am | Vuze 4.5.0.4 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | SBC Internet Services | Texas |
| 55 | 98.199.33.222 | 05/08/2012 01:25:26 am | μTorrent 3.1.3 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Comcast Cable | Texas |
| 56 | 99.136.68.141 | 05/10/2012 04:13:56 am | μTorrent 3.1.2 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | SBC Internet Services | Texas |
| 57 | 99.71.154.107 | 05/12/2012 09:49:57 am | μTorrent 3.1.2 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | SBC Internet Services | Texas |
| 58 | 76.202.8.152 | 05/29/2012 01:53:36 pm | μTorrent 3.1.3 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | SBC Internet Services | Texas |
| 59 | 98.198.64.101 | 05/30/2012 09:37:22 pm | μTorrent 3.1.3 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | Comcast Cable | Texas |
| 60 | 99.65.25.230 | 06/06/2012 09:33:41 am | BitTorrent 7.2.1 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | SBC Internet Services | Texas |
| 61 | 129.7.17.243 | 06/06/2012 09:48:32 am | μTorrent 3.1.3 | C4D5D7D6A5DEA6A64D50A583B0D6ACFD482A9AD0 | University Of Houston | Texas |