# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-751-353**

Effective date of registration:

September 2, 2011

---

## Title
- **Title of Work:** BLACK LESBIAN ROMANCE

## Completion/Publication
- **Year of Completion:** 2011
- **Date of 1st Publication:** August 29, 2011
- **Nation of 1st Publication:** United States

## Author
- **Author:** West Coast Productions, Inc.
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** West Coast Productions, Inc.
  10040 Remmet Ave., Chatsworth, CA, 91311, United States

## Rights and Permissions
- **Organization Name:** West Coast Productions, Inc.
- **Name:** James Alexander
- **Telephone:** 818-709-0100
- **Address:** 10040 Remmet Ave
  Chatsworth, CA 91311 United States

## Certification
- **Name:** Joel Medina
- **Date:** August 29, 2011

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-746-714**

Effective date of registration:

July 25, 2011

## Title
**Title of Work:** PHAT BLACK JUICY ANAL BOOTY 8

## Completion/Publication
**Year of Completion:** 2011
**Date of 1st Publication:** July 19, 2011     **Nation of 1st Publication:** United States

## Author
- **Author:** West Coast Productions, Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** West Coast Productions, Inc.
10040 Remmet Ave, Chatsworth, CA, 91311, United States

## Rights and Permissions
**Organization Name:** West Coast Productions, Inc.
**Name:** James Alexander
**Telephone:** 818-709-0100
**Address:** 10040 Remmet Ave
Chatsworth, CA 91311  United States

## Certification
**Name:** Joel Medina
**Date:** July 19, 2011

Page 1 of 1